UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 08 2010
FEB 8, 2010
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL** |
| ) | |
| v. ) | Case No. |
| ) | |
| DOMINIQUE FINLEY, aka "Finball," ) | Hon. Jeffrey Cole |
| MILLTON BILLS, aka "Junebug," aka "BUD," ) | |
| ERIC OLLISON, aka "Murder," ) | |
| TERRANCE JONES, and ) | **10 CR 0096** |
| FREDERICK TAYLOR. ) | |

## EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Arrest Warrant, Complaint and Affidavit :

Special Agent Brooklyn A. Riordan of the Federal Bureau of Investigation is the primary source of information for the Complaint and Affidavit. The Complaint Affidavit details the facts supporting probable cause that the defendants identified therein did violate Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2. If the information contained in the Complaint and Affidavit were disclosed at this time, the investigation and the execution of the arrest warrant issued pursuant to this complaint would be jeopardized due to the possible destruction of evidence, and flight of the subjects of the investigation. Disclosure could also compromise the agents' safety in executing the arrest warrant.

For the foregoing reasons, the government respectfully requests that this motion, and the Arrest Warrant, Complaint and Affidavit remain sealed until February 7, 2011, or until further order of the Court, whichever occurs first.

Respectfully submitted.

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

STEPHEN P. BAKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1598

DATE: February 8, 2010