UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  10 CR 96-3 |
| | ) | Hon.  Joan B. Gottschall |
| ERIC OLLISON | ) | |

INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 as charged in Count One or Title 21, United States Code, Section 841(a)(1) as charged in Count Five of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offenses charged in Counts One and Five of the Indictment.

(i) On or about May 24, 2002, in the Circuit Court of Cook County, Illinois, 06CR2675601, defendant ERIC OLLISON was convicted of manufacturing/delivering of cocaine, in violation of 720 ILCS 570/401(C)(2), and sentenced to 12 months' probation.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 as charged in Count One or Title 21, United States Code, Section 841(a)(1) as charged in Count Five of the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii)

Dated: Chicago, Illinois
April 8, 2010

    Respectfully submitted.
    PATRICK J. FITZGERALD
    United States Attorney

By: /s/ Stephen P. Baker
    STEPHEN P. BAKER
    Assistant United States Attorney
    219 South Dearborn Street - 5th Floor
    Chicago, Illinois 60604
    (312) 353-1598

CERTIFICATE OF SERVICE

Stephen P. Baker, an Assistant United States Attorney assigned to the instant matter, hereby certifies that the attached INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT was served on April 8, 2010, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers on the following party:

>Rachel Boyle
>Counsel for Defendant Eric Ollison

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Stephen P. Baker
STEPHEN P. BAKER
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-1598